IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00614-MEH-KMT

SAID M. KARARA,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2008.**

    Plaintiff's Motion for Permission to Attend Status Conference by Phone [filed September 12, 2008; docket #38] is **granted**. Plaintiff is directed to call my Chambers at (303) 844-4507 at the appointed time.