IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| **Civil Action No.** 08-cv-00614-MEH-KMT | **FTR – Courtroom C203** |
| **Date:** September 16, 2008 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| SAID M. KARARA, | *Pro Se* (by telephone) |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, | Marc Bonora |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:** 9:49 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel.

Discussion regarding the status of the case and the pending Unopposed Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss and Plaintiff's Motion for Summary Judgment (Doc. #37, Filed 9/10/08).

**ORDERED:** The Unopposed Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss and Plaintiff's Motion for Summary Judgment (Doc. #37, Filed 9/10/08) is GRANTED. Discovery is stayed until further order of the Court.

Discussion regarding briefing schedule on Defendant's Motion to Dismiss. By Minute Order dated September 12, 2008, Plaintiff's response is due on September 30, 2008.

**ORDERED:** Defendant's reply to Plaintiff's response to the Motion to Dismiss is due by **October 14, 2008.**

Discussion regarding a trial date.

**Court in recess:** 9:54 a.m.   (Hearing concluded)
Total time in court:   0:05