IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00614-MEH-KMT

SAID M. KARARA,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2008.**

    Defendant's Motion to Strike Plaintiff's Reply to Defendant's Supplemental Response to Plaintiff's Motion for Summary Judgment [filed October 9, 2008; docket #51] is **granted**. Plaintiff failed to request leave to submit his reply [docket #50]; therefore, the document is ordered **stricken** from the record.