IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00614-MEH-KMT

SAID M. KARARA,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 20, 2008.**

    In light of this Court's order denying Plaintiff's Motion for Summary Judgment [docket #53], Plaintiff's Motion for Leave to File Reply to Defendant's Supplemental Response to Plaintiff's Motion for Summary Judgment [filed October 17, 2008; docket #55] is **denied as moot**.