IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00614-MEH-KMT

SAID M. KARARA,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 5, 2009.**

    Defendant's Unopposed Motion to Vacate Settlement Conference and Scheduling Conference [filed March 4, 2009; docket #73] is **granted in part and denied in part**.

    The Scheduling Conference currently set in this matter for March 18, 2009, at 9:30 a.m. is hereby **converted** to a Status Conference at which the parties may appear by telephone. The parties shall conference together and call my Chambers at (303) 844-4507 at the appointed time.

    Defendant's request to vacate the Settlement Conference is **denied without prejudice** with leave to re-file as a separate motion, which the Court may then refer to the Magistrate Judge for disposition.