IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00614-MEH-KMT

SAID M. KARARA,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

    Defendant.

## ORDER OF DISMISSAL

**Michael E. Hegarty, United States Magistrate Judge.**

    The matter before me is the Notice of Stipulation of Dismissal [#83] filed March 30, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#83] filed March 30, 2009, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney's fees and costs.

    Dated at Denver, Colorado, this 31st day of March, 2009.

                                                             BY THE COURT:

                                                             s/ Michael E. Hegarty
                                                              Michael E. Hegarty
                                                              United States Magistrate Judge